# United States District Court
## Southern District of Georgia

CORNILIUS PRICE,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 617- 069

WARDEN STANLEY WILLIAMS; DEPUTY WARDEN OF SECURITY BOBBITT; CAPTAIN MOBLEY; LT. JUANITA SHARPE; and COI MENDZ,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated January 23, 2018 adopting the Report and Recommendation as the opinion of the Court, that Plaintiff's Complaint is dismissed for failure to state a claim. Plaintiff's in forma pauperis status on appeal is denied, and this action stands closed.



| 1/26/2018 | | Scott L. Poff |
|---|---|---|
| *Date* | | *Clerk* |

/s/ Jamie Hodge

(By) Deputy Clerk